UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARCELO MAYORGA-OCHOA,
Petitioner,
v.
TODD BLANCHE, Attorney General of the United States, *et al.*,
Respondents.

Case No. 26-cv-5276-BAS

**ORDER DEFERRING RULING**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum, filed on September 14, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on September 7, 2026, and has not been presented for an initial appearance, in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

On September 11, 2026, Magistrate Judge Goddard issued an Order to Show Cause. (ECF No. 10.) The Order followed Defendant's identification on the duty log and Defendant's failure to appear on September 8, 9, and 10, 2026. The Government represented that Defendant was receiving medical care. However, the Court issued the Order to Show Cause because the Government remained unable to provide a concrete explanation for the delay in Defendant's presentment.

Accordingly, the Court **DEFERS** ruling on the Petition and Application pending Magistrate Judge Goddard's determination regarding whether the intervening time should be excluded.

**IT IS SO ORDERED.**

**DATED: September 14, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**