**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

MARCELO MAYORGA-OCHOA,

Petitioner,

v.

TODD BLANCHE, Attorney General of the United States, *et al.*,

Respondents.

Case No. 26-cv-5276-BAS

**ORDER DENYING PETITION AS MOOT**

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on September 7, 2026, and has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment. Petitioner had not been arraigned before a magistrate judge and not previously presented due to a medical condition which prevented him from appearing in Court.

Accordingly, the Court **DENIES** the Petition and Application as moot. Petitioner was arraigned on September 14, 2026. Whether the delay in arraignment was reasonable or has any consequence can be raised in the underlying criminal case. Further, the Clerk of Court shall serve this Order on the U.S. Attorney's Office and close the case.

**IT IS SO ORDERED.**

**DATED: September 17, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**